IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 24-13-M-DWM |
| Plaintiff, | |
| vs. | ORDER |
| WAYLON JACK GRECO, | |
| Defendant. | |

The United States' filed an Unopposed Motion for Final Order of Forfeiture. (Doc. 39.) Having reviewed this Motion, the Court finds:

(1) The United States commenced this action pursuant to 21 U.S.C. §§ 853(a)(1), (2) and 21 U.S.C. § 881(a)(11).

(2) A Preliminary Order of Forfeiture was entered on July 17, 2024. (Doc. 34.)

(3) All known interested parties were provided an opportunity to respond, and publication has been effected as required by 21 U.S.C. § 853(n)(1). (Doc. 37.)

(4) It appears there is cause to issue a forfeiture order under 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11).

Accordingly, IT IS ORDERED that:

1

(1)   The United States' Unopposed Motion for Final Order of Forfeiture, (Doc. 39), is GRANTED.

(2)   Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. §§ 853(a)(1) and (2) and 21 U.S.C. § 881(a)(11), free from the claims of any other party, the following property: $1,001.00 in U.S. Currency.

(3)   The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

DATED this 1st day of October, 2024.

_____
Donald W. Molloy, District Judge
United States District Court